IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
JEFFERSON CITY DIVISION

| | |
|---|---|
| PARK HILL SCHOOL DISTRICT | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 07-06093-CV-SJ-DW ) |
| KEVIN DASS, et al, | ) ) |
| Defendants. | ) ) ) ) |

**JUDGMENT IN A CIVIL CASE**

☐ Jury Verdict. This action came before the Court for a trial by jury.

☒ Decision by Court. This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED vacating the Court's order awarding Defendants attorney's fees (doc #87); denying defendants' motion for attorneys's fees (doc #74) and entering final judgment in favor of Plaintiff Park Hill School District pursuant to the Order entered by the Honorable Dean Whipple on 9/14/2011.

AT THE DIRECTION OF THE COURT

Dated: 9/15/2011

 Ann Thompson
Court Executive

 /s/Joella Baldwin
By: Deputy Clerk